**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**CASE NO.:   19-CV-368-CVE-FHM**

(1)   AVA McMILLAN, an individual,

        Plaintiff,

 v.

(1)   FINANCIAL CREDIT SERVICE, INC.
     d/b/a "ARA, INC.," an Illinois corporation,

     Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Ava McMillan, an individual, by and through her undersigned attorneys, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, hereby files this her Notice of Voluntary Dismissal with Prejudice as to her individual claims against Defendant, Financial Credit Service, Inc., and without prejudice as to the claims of putative class members, with each party to bear their own attorney's fees and costs.

*/s/ Robert W. Murphy*
Robert W. Murphy, Esq.
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 763-8660
Facsimile: (954) 763-8607
rwmurphy@lawfirmmurphy.com

Victor R. Wandres, Esq.
Oklahoma Bar No. 19591
PARAMOUNT LAW
4835 S. Peoria Avenue, Suite 1
Tulsa, Oklahoma 74105
Telephone: (918) 200-9272

Facsimile: (918) 895-9774
E-Mail: victor@paramount-law.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court via the United States District Court, Northern District of Oklahoma, CM/ECF Portal, and furnished, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing, on this 5th day of June 2020, to the following:

BY FIRST CLASS MAIL

Mario Bianchi
1919 South Highland Avenue
Lombard, Illinois 60148

/s/ Robert W. Murphy_____
Attorney

2